IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-MC-001-KDB-DCK

| | |
|---|---|
| THOMAS FORBES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| GREGORY TRUCKING COMPANY, | ) |
| INC. GREGORY LEASING COMPANY, | ) |
| INC., BSG LEASING, INC., and | ) |
| WILEY LENUE HOOKS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by Jon R. Moore, concerning Dino M. Tangredi, on July 8, 2022. Dino M. Tangredi seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Dino M. Tangredi is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: July 8, 2022

David C. Keesler
United States Magistrate Judge